I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-22-12

DEPUTY CLERK

JS-6  Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHEPPARD,<br><br>      Petitioner,<br><br>vs.<br><br>CARLOS LUNA, Administrative Director,<br><br>      Respondent. | Case No. CV 11-6675-JFW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed as moot.

DATED: March 21, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY